

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00157-CR

**MANUEL DELATORRE PEREZ,**

                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                            **Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2017-150-C1

## O R D E R

The State's brief was originally due on November 7, 2018. A first extension of time of 30 days was granted, and the State's brief was due on December 7, 2018. A second extension of time of 31 days was granted, and the State's brief was due January 7, 2019. Now, the State has requested an additional 30 days which would make the brief due on February 6, 2019. This most recent request has pushed the total days to file the brief to 121 days to file a brief that the Rules of Appellate Procedure provide should be filed in

30 days.  We cannot, in good conscience, grant the State four times the amount of time allowed by the rules to file the State's brief.

Accordingly, the State's Motion for Extension of Time to File the State's Brief is denied.  The State's brief is due February 6, 2019.  The failure to file a brief may result in confession of error by the State.  *See State v. Fielder*, 376 S.W.3d 784, 785 (Tex. App.—Waco 2011, no pet.).

PER CURIAM

Before Chief Justice Gray, and
      Justice Davis
Motion denied
Order issued and filed January 16, 2019

